No. 83–802.  BURLINGTON NORTHERN RAILROAD CO. ET AL. v. LENNEN, SECRETARY OF REVENUE OF KANSAS, ET AL.  C. A.

10th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.